NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**
*Appellant*

v.

**ELI LILLY AND COMPANY,**
*Appellee*

---

2017-2397

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00458.

---

**JUDGMENT**

---

BONNIE WEISS MCLEOD, Cooley LLP, Washington, DC, argued for appellant. Also represented by JAMES WHITTLE; JONATHAN GARWOOD GRAVES, Reston, VA; SUSAN KRUMPLITSCH, Palo Alto, CA.

MATTHEW AARON KUDZIN, Covington & Burling LLP, Washington, DC, argued for appellee. Also represented by JEREMY D. COBB, MICHAEL N. KENNEDY, GEORGE FRANK PAPPAS.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    PER CURIAM (NEWMAN, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

        ENTERED BY ORDER OF THE COURT


September 17, 2018        /s/ Peter R. Marksteiner
      Date               Peter R. Marksteiner
                      Clerk of Court